

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Olivia Nicole Blanford,

Vs. No. 11-18-00356-CR

The State of Texas,

\* From the 70th District Court
of Ector County
Trial Court No. A-35,381.

\* June 13, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.